**1**

**W. E. NESMITH, Plaintiff in Error, v. WAR FINANCE CORPORATION, Defendant in Error.**

(Circuit Court of Appeals, Fourth Circuit. November 24, 1926.)

No. 2559.

In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston; Ernest F. Cochran, Judge.

Phillip H. Arrowsmith, of Florence, S. C., for plaintiff in error.

William M. Shand, of Columbia, S. C. (Benet, Shand & McGowan, of Columbia, S. C., on the brief), for defendant in error.

Before WADDILL, ROSE, and PARKER, Circuit Judges.

PER CURIAM. We find no error in the rulings below. Affirmed.

---

**2**

**Edward J. O'CONNOR v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. June 8, 1926.)

No. 4654.

In Error to the District Court of the United States for the Eastern District of Michigan.

Oscar A. Riopelle, of Detroit, Mich., for plaintiff in error.

John A. Baxter, Asst. U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**3**

**O. L. OWENS v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. November 3, 1926.)

No. 4788.

In Error to the District Court of the United States for the Eastern District of Tennessee; Zenophon Hicks, Judge.

T. D. Fletcher and G. F. Smithson, both of Chattanooga, Tenn., for plaintiff in error.

George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.

---

**4**

**James PEPPERS v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. May 4, 1926.)

No. 4592.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Buonpane, Marshman & Buonpane, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and John B. Osmun, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM. Dismissed pursuant to application of counsel for plaintiff in error.

---

**5**

**Vivian PHILLIPS, Appellant, v. MAYOR AND CITY COUNCIL Of BALTIMORE, Appellees.**

(Circuit Court of Appeals, Fourth Circuit. April 15, 1926.)

No. 2476.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore.

John H. Skeen, of Baltimore, Md., for appellant.

Philip B. Perlman, City Sol., Charles C. Wallace and Paul F. Due, Asst. City Sol., all of Baltimore, Md., for appellees.

PER CURIAM. Cause dismissed, under rule 20, per agreement of counsel.